# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Dawn Welch Day, | Case 24-CV-01862 (JRT/TNL) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL -** |
| Officer Derek Chauvin, *acting in his individual capacity as a Minneapolis Police Officer*; Ellen Jensen, *acting in her individual capacity as a Minneapolis Police Officer*; and the City of Minneapolis, | **CITY OF MINNEAPOLIS** |
| Defendants. | |

By and through their counsel of record, Plaintiff Patricia Dawn Welch Day and Defendant City of Minneapolis, acting by and through their attorneys of record, hereby stipulate and agree that all claims against Defendant City of Minneapolis may be dismissed with prejudice, and without costs or disbursements awarded to any party.

Dated: February 26, 2025

ROBINS KAPLAN LLP
By      s/*Marc E. Betinsky*
Marc E. Betinsky #0388414
Kathryn H. Bennett #0392087
Robert Bennett #6713
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
mbetinsky@robinskaplan.com
kbennett@robinskaplan.com
rbennett@robinskaplan.com

*Attorneys for Plaintiff*

Dated: February 26, 2025

KRISTYN ANDERSON
City Attorney
By      s/*Sara J. Lathrop*
SARA J. LATHROP #310232
J. HAYNES HANSEN #399102
TRACEY N. FUSSY #311807
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 431-1826
(612) 673-3339
(612) 673-2254
sara.lathrop.minneapolismn.gov
haynes.hansen@minneapolismn.gov
tracey.fussy@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis*